| | | |
|---|---|---|
| 11/17/2020 | TUESDAY | Judge Trish M Brown |
| 10:30  20-3100 tmb ap | St. Andrew Legal Clinic et al v. Reid | |
|         20-32023 | **Pretrial Conference** | |
| | St. Andrew Legal Clinic - pla | JORDAN BARBEAU |
| | Gary Richard Reid - dft | GREGORY R ROBERSON |

Parties are awaiting a state court ruling on attorney fees.

Hearing continued to 1/12/21 @ 10:30/TEL.

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers   ☐ _____

**OD3 - Dismissal Order**
  #1 _____ Settled _____ (21) days.

  #2 _____ to Prepare Judgement/order _____ (21) days.

  #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
  #1 _____ Planning Conf. by ____-____-____ / Conf. Report by ____-____-____.

  #2 _____ Planning Conf. by ____-____-____/ No report.

  #3 _____ Discovery can proceed.

  #4 _____ No Planning Conf./Initial disclosures by ____-____-____.

  #5 _____ Discovery limited to _____.

Docket Entry: